

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00318-CR

Madison **MCNUTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9931
Honorable Christine Del Prado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED, and appellant's counsel's motion to withdraw is GRANTED.

The trial court clerk is ORDERED to prepare and file a corrected bill of costs reflecting no court-appointed attorney's fees are assessed against Madison McNutt in trial court cause number 2017CR9931.

SIGNED December 10, 2025.

_____
Rebeca C. Martinez, Chief Justice